UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2018

--------------------------------------------------------------X
                                 :

UNITED STATES OF AMERICA,        :

                                 :

              -v-                     :                1:18-cr-0006-GHW

                                 :

ERNESTO LOPEZ, AUDRA BAKER,    :                  ORDER

                                 :

             Defendants.  :

                                 :

--------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       Upon the application of the United States of America, by and through Geoffrey Berman, Interim United States Attorney for the Southern District of New York, Elizabeth Hanft and Michael C. McGinnis, Assistant United States Attorneys, and with the consent of Mr. Lopez, by and through his attorney, Kerry Lawrence, and Ms. Baker, by and through her attorney, Stewart Orden, it is hereby ORDERED that the pretrial conference in this case is continued from April 9, 2018 to May 10, 2018 at 4:00 p.m.

       The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter and will permit the defendants and their counsel to receive and review discovery.  Accordingly, it is ORDERED that the time from the date of this order through May 10, 2018 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

             SO ORDERED.

Dated:  March 23, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge