```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
                -v-                      :         18cr00006 (DLC)
                                         :
ERNESTO LOPEZ,                           :         ORDER
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 16, 2020, defendant Ernesto Lopez ("Lopez"), proceeding pro se, filed a motion to modify or reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).[1] The September 16 petition requested that the Court appoint Lopez counsel to assist him in making a motion for compassionate release pursuant to § 3582. Lopez was represented by retained counsel at trial.

The Criminal Justice Act allows courts to furnish counsel to "any person financially unable to obtain adequate representation." 18 U.S.C. § 3006A(a). The form used by courts to determine eligibility for assigned counsel is the Form "CJA 23," entitled "Financial Affidavit." Accordingly, it is hereby

ORDERED that Lopez shall submit the attached Financial Affidavit by **October 30, 2020.**

---

[1] The September 16 petition was received and docketed by this Court on September 23.

IT IS FURTHER ORDERED that, if the Financial Affidavit is not submitted by October 30, the Government shall submit any opposition to Lopez's September 16 petition by **November 20, 2020**. Should the financial affidavit be submitted and adequately support appointment of counsel, a schedule will be set for appointed counsel's submission. The Government will be given an opportunity to respond to that submission.

SO ORDERED:

Dated:   New York, New York
         September 25, 2020

_____
DENISE COTE
United States District Judge

SDNY
CJA 23
(Rev. 1/12)

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☐ DISTRICT COURT   ☐ COURT OF APPEALS   ☐ OTHER *(Specify below)*

IN THE CASE OF

_____ v. _____

FOR _____

AT _____

| LOCATION NUMBER |
|---|
|  |

PERSON REPRESENTED *(Show your full name)*

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

| DOCKET NUMBERS |
|---|
| Magistrate Judge |
| District Court |
| Court of Appeals |

CHARGE/OFFENSE *(describe if applicable & check box →)*   ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed?   ☐ Yes   ☐ No   ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____
If married, is your spouse employed?   ☐ Yes   ☐ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☐ No
RECEIVED                 SOURCES
IF YES, give the amount received and identify the sources
$ _____   _____
$ _____   _____
$ _____   _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts?   ☐ Yes   ☐ No   IF YES, total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☐ No
VALUE                 DESCRIPTION
IF YES, give value and description for each
$ _____   _____
$ _____   _____
$ _____   _____
$ _____   _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
____ Single
____ Married
____ Widowed
____ Separated or Divorced
Total No. of Dependents _____

List persons you actually support and your relationship to them
_____
_____
_____
_____

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

Date _____

☐ APPROVED   ☐ DENIED

_____
FD/CJA/RET. ATTORNEY   (PRINT)

_____
ASSISTANT UNITED STATES ATTORNEY (PRINT)

SIGNATURE OF JUDICIAL OFFICER   DATE

Copy mailed to:
Ernesto Lopez (79719-054)
FMC ROCHESTER
FEDERAL MEDICAL CENTER
P.O. BOX 4000
ROCHESTER, MN 55903