```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
 UNITED STATES OF AMERICA,            :
                                      :
              -v-                     :          18cr00006 (DLC)
                                      :
 ERNESTO LOPEZ,                       :              ORDER
                                      :
                      Defendant.      :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On September 16, 2020, defendant Ernesto Lopez, proceeding <u>pro se</u>, requested that the Court appoint him counsel to assist him in making a motion for compassionate release pursuant 18 U.S.C. § 3582(c)(1)(A).[1] An Order of September 25 directed Lopez to submit Form "CJA 23," entitled "Financial Affidavit," which is used by courts to determine eligibility for assigned counsel. Lopez submitted the Financial Affidavit on October 6.[2] Accordingly, it is hereby

ORDERED that that C.J.A. counsel on duty this date, Jessica Masella and John Hillebrecht, are appointed to represent the defendant in making this petition.

---

[1] The September 16 petition was received and docketed by this Court on September 23.

[2] The October 6 affidavit was received and docketed by this Court on October 26.

IT IS FURTHER ORDERED that Lopez's brief in support of his petition shall be filed by **December 4, 2020.** The Government shall submit any response by **January 8, 2021.**

SO ORDERED:

Dated:   New York, New York
         October 26, 2020

> _____
> DENISE COTE
> United States District Judge

```
Copy mailed to:
Ernesto Lopez (79719-054)
FMC ROCHESTER
FEDERAL MEDICAL CENTER
P.O. BOX 4000
ROCHESTER, MN 55903
```