UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERNESTO LOPEZ,<br><br>Defendant. | CASE NO. 1:18-cr-00006-DLC<br><br>**MEMO ENDORSED** |

### DEFENDANT'S MOTION TO FILE UNDER SEAL MEDICAL RECORDS IN SUPPORT OF DEFENDANT'S MEMORANDUM IN SUPPORT OF EMERGENCY MOTION FOR COMPASSIONATE RELEASE

Defendant Ernesto Lopez, by and through his attorneys, files this Motion to File Under Seal certain of Defendant's medical records in support of Defendant's Memorandum in Support of the Emergency Motion for Compassionate Release.

Defendant's Memorandum in Support of the Emergency Motion for Compassionate Release (the "Memorandum"), discusses certain confidential medical records of Defendant, which are attached as Exhibit B to the Memorandum. Defendant brings this motion pursuant to Federal Rule of Criminal Procedure 49.1(d) to protect the privacy of his medical records. On December 4, 2020, Defendant will file the Memorandum attaching the related medical records. Therefore, Defendant seeks an Order allowing Defendant to file Exhibit B under seal, and to serve the Exhibit on Plaintiff's counsel, who shall treat these documents as CONFIDENTIAL information.

Accordingly, Defendant respectfully requests that this Court grant Defendant's Motion to File under seal Exhibit B in Support of Defendant's Memorandum in Support of the Emergency Motion for Compassionate Release.

The motion to seal is granted.
12.21.2020

_____
DENISE COTE
United States District Judge

Dated: December 4, 2020

**DLA PIPER LLP (US)**

*/s/ Jessica A. Masella*
Jessica A. Masella
John M. Hillebrecht
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Fl
New York, NY 10020
(212) 355-4500
Jessica.Masella@us.dlapiper.com
John.Hillebrecht@us.dlapiper.com

*ATTORNEYS FOR DEFENDANT ERNESTO LOPEZ*

2